UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATTI JO GRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-1033 RWS |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented plaintiff Patti Jo Graw's amended complaint, filed on August 13, 2025. [ECF No. 6]. Plaintiff was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on July 25, 2025. [ECF No. 3].

Plaintiff sues defendant Eli Lilly and Company under this Court's diversity jurisdiction, 28 U.S.C. § 1332, for purported injuries she received while participating in a clinical trial from August of 2023 through December of 2023 for the drug Retatrutride, referred to in the study as drug LY3437943. Plaintiff alleges that because she took the diet and diabetic drug, she suffered severe medical consequences, including severe dehydration, debilitating nausea, excessive vomiting, critically low potassium levels, multiple emergency room visits, hospitalizations, esophagitis, gallstones, a benign kidney tumor and chronic dry eyes and mouth. She asserts that defendant failed to warn her of the complications of the drug, engaged in fraud, negligently encouraged her to continue taking the drug even though she was having severe side effects, and engaged in reckless conduct. Plaintiff seeks compensatory damages for past and future loss of income and medical costs, as well as punitive damages "to deter Eli Lilly's willful disregard for participant safety."

Given the aforementioned, the Court will instruct the Clerk to serve process on plaintiff's amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall effectuate service of process on plaintiff's amended complaint, ECF No. 6, through the U.S. Marshals Service. Defendant Eli Lilly shall be served with summons at its registered agent: National Registered Agents, Inc., 5661 Telegraph Road, Suite 4B, St. Louis, Missouri 63129.

Dated this 7th day of October, 2025.

                                            RODNEY W. SIPPEL
                                            UNITED STATES DISTRICT JUDGE